AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CESAR ANTONIO IDROGO-RENGEL, | ) | Case No.  8:26MJ6 |
| ANNEIRO J. ALANA-RENDILES, | ) | |
| WINDER M. CARDENAS-SAYABEDRA, and | ) | |
| WILSON ENRIQUE COLMENAREZ-HERRERA, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____Platte_____ in the

_____ District of _____Nebraska_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Burglary |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

_Complainant's signature_

**Dean Neubauer, Special Agent, FBI**
_Printed name and title_

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: _1/9/2026_

City and state: _____Omaha, Nebraska_____

_Judge's signature_

**Michael D. Nelson, U.S. Magistrate Judge**
_Printed name and title_

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA )

                            )    ss.   Affidavit of Special Agent Dean Neubauer

COUNTY OF DOUGLAS )

I, Dean Neubauer, having been first duly sworn, do hereby depose and state as follows:

1.       Your affiant, Dean Neubauer is a Special Agent assigned to FBI Omaha, Des Moines Resident Agency. In my duties as a special agent, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since December 2020 and have further been employed by the FBI since July 2020. I am currently assigned to the Cyber Task Force (CTF) of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.

2.       The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has multiple vehicles traveling together in a caravan, with a "scout" to find ATMs, a driver, look-out(s) for law enforcement, a person to install the

---

[1] A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware

malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. §§ 371 (conspiracy) and 2113 (Bank burglary and larceny).

3.      This Affidavit is submitted in support of a criminal complaint and arrest warrants for CESAR ANTONIO IDROGO-RENGEL (Date of Birth in January 1995),  ANNEIRO J. ALANA-RENDILES (Date of Birth in May 1991), WINDER M. CARDENAS-SAYABEDRA (Date of Birth in September 1993), and WILSON E. COLMENAREZ-HERRERA (Date of Birth in August 2002) for violations of Title 18, United States Code, Section 371 (Conspiracy to Commit Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted, and information provided to me by other law enforcement officers verbally and through written reports.

## PROBABLE CAUSE

4.      On or about October 15, 2025 at approximately 0019 hours, Dubuque Police Dispatch received an "ATM hood door" alarm from DuTrac Community Credit Union (DCCU) located at 2045 Holliday Drive, Dubuque, IA.  It should be noted on 10/13/25 at approximately 0029 hours, there was the exact same alarm also at DCCU. Officers were able to determine the alarm on 10/13/25 was from an attempted ATM Jackpotting.  From this prior ATM Jackpotting incident, other ATM Jackpotting incidents over the preceding year, and their training, DPD Officers were aware ATM Jackpotting suspects commonly utilize co-conspirators in other vehicle(s) who act as lookouts.

5.     While responding Dubuque Police Department (DPD) Officers were enroute to DCCU other DPD Officers reviewed traffic camera footage.   During their review, officers identified three vehicles as suspect vehicles: a silver SUV, a silver Volkswagen, and a blue sedan. DPD Officers reviewing traffic cameras observed at approximately 2323 hours, all three vehicles traveling eastbound on Hwy 20 into Dubuque. All three vehicles, driving together, then turn onto the NW Arterial and travel to Holliday Drive. The blue sedan proceeds directly to the DCCU ATM. The silver SUV goes to the McDonald's parking lot and the Volkswagen goes to the Culver's parking lot. At 2341 hours, all three vehicles travel to the Holiday Inn Express parking lot. At 2352 hours, the Volkswagen drives in the area of DCCU and the businesses around it. The Volkswagen continues to be mobile in the area. At 0004 hours, the silver SUV leaves the Holiday Inn Express and parks at Culver's with its headlights off. At 0012 hours, the blue sedan travels to DCCU and opens the ATM hood which sets off the ATM hood alarm. The vehicle is there for approximately 30 seconds and then proceeds to the Holiday Inn Express. The other two vehicles follow shortly after and meet in the Holiday Inn Express parking lot. At 0019 hours, all three vehicles are in the Holiday Inn Express parking lot. Officers arrived shortly after and made contact with the occupants of all three vehicles.



6.     At approximately 0031 hours, DPD Officers arrived on-site at the Holiday Inn Express and made contact with the silver Volkswagen which was identified as a Gray 2017 Volkswagen Passat bearing CO temporary tag 7725150 registered to CESAR ANTONIO IDROGO-RENGEL. IDROGO-RENGEL was identified as the sole occupant of that vehicle.



DPD BWC Video Showing IDROGO-RENGEL in Silver Volkswagen



DPD SW Photo of Silver Volkswagen Passat



DPD SW Photo of Silver Volkswagen Passat

7.    At approximately 0037 hours, DPD Officers at the Holiday Inn Express made contact with the silver SUV which was identified a silver 2022 Toyota Highlander bearing TX license plates RXK4333.  An individual, WILSON E. COLMENAREZ-HERRERA (DOB in August 2002), was encountered in the front passenger seat of the silver Toyota Highlander.

Another individual, ANNEIRO ALANA-REDILES (Date of Birth in May 1991), was encountered in the front driver's seat of the silver Toyota Highlander.  DPD determined the license plates appeared to be duplicates as a nearly identical vehicle with the same license plate was observed by a License Plate Reader in Texas mere hours both before and after the DCCU ATM jackpotting incident in Dubuque.



DBD BWC Video Showing COLMENAREZ-HERRERA with Silver Toyota Highlander



DBD BWC Video Showing ALANA-REDILES with Silver Toyota Highlander



DPD SW Photo of Silver Toyota Highlander



DPD SW Photo of Silver Toyota Highlander

8.      At approximately 0047 hours, DPD Officers at the Holiday Inn express made contact with the blue sedan which was a blue 2007 Honda Accord bearing fraudulent WI plates AYC4344.  The sole occupant of the car was WINDER M. CARDENAS-SAYABEDRA (DOB in September 1993).



DPD BWC Video Showing CARDENAS-SAYABEDRA with Blue Honda Accord



DPD SW Photo of Blue Honda Accord



DPD SW Photo of Blue Honda Accord

9.    All three subject vehicles were encountered while parked in the Holiday Inn Express parking lot.

10.     Rengel admitted to Officers to having multiple cellphones inside of the vehicle. One of the cellphones in the vehicle he stated was not his, but no other persons were located in the vehicle with him. Rengel stated he was in communication with a friend while in Dubuque on his cellphone and was waiting for money to be sent to get a hotel room. Rengel stated the money would be sent through his cellphone. Rengel denied knowing the occupants of the two other vehicles and denied any involvement with the ATM, contradictory of City of Dubuque Traffic Camera footage showed.

11.     DCCU reviewed their surveillance footage which showed the blue sedan pulling up to the ATM on October 14, 2025, at 1135 hours and the driver taking photographs of the ATM. The FBI obtained this video footage from DPD.  A review of the video footage shows the driver to be a male with a beard wearing a black shirt.  At 0012 hours (the next day), the blue sedan returns to the ATM and the backseat passenger exits the vehicle.  The backseat passenger is wearing a black mask, a dark colored NorthFace jacket, and white gloves. The backseat passenger then opens the ATM hood door.  After a short period of time the ATM hood door is closed, and the backseat passenger appears to take a picture of the ATM using a mobile device.



DCCU ATM Surveillance Video Screenshot of Blue Sedan and Driver



DCCU ATM Video Footage of Blue Sedan and Backseat Passenger After opening ATM



DCCU Video Footage of Blue Sedan

12.    COLMENAREZ-HERRERA was Mirandized while detained in the backseat of a law enforcement vehicle in the parking lot of the Holiday Inn Express. The interviewing Officer used a language line translator to perform the Mirandization and subsequent interview which was captured on BWC. During this interview COLMENAREZ-HERRERA told law enforcement the following:

- COLMENAREZ-HERRERA was in Dubuque for work with friends to get money.

- COLMENAREZ-HERRERA was there just to drive the car but didn't know how much he would be paid.
- They came from Denver to Dubuque.
- COLMENAREZ-HERRERA went to a financial institution in Dubuque.
- COLMENAREZ-HERRERA was only in the Toyota Highlander and there were other people in the Honda but he didn't know if they went to the ATM.
- COLMENAREZ-HERRERA and ALANA-RENDILES rode together from Denver.
- COLMENAREZ-HERRERA never drove the Honda Accord.
- COLMENAREZ-HERRERA doesn't have a phone.
- The Toyota Highlander belongs to ALANA-RENDILES.

13.     Later during the interview, COLMENAREZ-HERRERA was shown a photo of the driver of the Honda Accord at which point COLMENAREZ-HERRERA admitted to being the driver. COLMENAREZ-HERRERA told law enforcement if he didn't drive the car his family back home would be killed. COLMENAREZ-HERRERA told law enforcement he doesn't know who made the threats to his family. COLMENAREZ-HERRERA told law enforcement he was driving when the other individual was looking at the ATM. COLMENAREZ-HERRERA consented to law enforcement searching the contents of the backpack found in the Toyota Highlander. Law enforcement found a HP Laptop computer inside the backpack. COLMENAREZ-HERRERA told law enforcement the person who took the picture of the ATM took the laptop. COLMENAREZ-HERRERA told law enforcement the HP Laptop was used by one of the subjects at the DCCU ATM.

14.     DPD subsequently arrested all four individuals on charges of Conspiracy to Commit Non-Forcible Felony.

15.     DPD obtained Search Warrants for the three vehicles.  During DPD's search they located white gloves which are consistent in appearance with those worn by the rear passenger. DPD also located a black mask also consistent in appearance with that worn by the rear passenger. DPD also located a bag containing tools.  These tools included cutters, vice grips, screwdrivers, and an electric drill driver.  The FBI is aware individuals who participate in ATM jackpotting will sometimes use tools to remove the hard drives from ATMs.



DPD SW Photo of White Gloves in Honda Accord



DPD SW Photo of the Black Mask in Honda Accord



DPD SW Photo of the Tools in Honda Accord

16.    DPD in-car video footage shows COLMENAREZ-HERRERA in the back seat of a DPD vehicle being transported.  In this video footage he is wearing earrings which correspond to those worn by the driver of the Honda Accord as shown in the DCCU ATM video.



DPD Video Footage



DPD Booking Photo of WINDER M. CARDENAS-SAYABEDRA



DPD Booking Photo of ANNEIRO J. ALANA-RENDILES



DPD Booking Photo of CESAR ANTONIO IDROGO-RENGEL



DPD Booking Photo of WILSON ENRIQUE COLMENAREZ-HERRERA

17.     DPD Officers recovered five (5) cellular phones from the Volkswagen Passat, an Apple iPhone 12 from CARDENAS-SAYABEDRA, and three (3) cellular phones and an HP Laptop and a USB to SATA cable from the Toyota Highlander.

18.     Your affiant along with other FBI law enforcement are aware individuals who participate in ATM Jackpotting schemes frequently use Universal Serial Bus (USB) Serial ATA (SATA) Adapters or other similar devices as a method to copy or otherwise load the malware onto an ATM's hard drive.  SATA is a common interface for internal Hard Disk Drives (HDD) and Solid State Drives (SSD).



SW Photo of USB SATA Adapter

19.    A DPD photograph of the HP Laptop showed it logged in to Windows and with the TeamViewer application running.  TeamViewer is a common remote-access and remote-control software which, among other things, allows the operator to remotely control other computers which are also running the TeamViewer software.



SW Photo of HP Laptop

20.    DPD obtained Search Warrants from the District Court of Iowa in Dubuque County for the seized devices and were able to extract the contents of the five (5) mobile phones recovered from the Volkswagen Passat.  DPD attempted to gain access and extract the contents of the other recovered mobile devices with no success.  The mobile phone extractions were provided to the FBI.  The HP Laptop was also provided to the FBI for analysis.

21.     One device, a Samsung S24 Ultra, IMEI 350496872117920, Telephone Number 720-552-0370, associated with IDROGO-RENGEL through user content, contained device location history which showed the device departed the Denver, CO area on or around October 10, 2025. This device then travelled across Nebraska with stops in Lincoln, Columbus, and Omaha before proceeding into Minnesota and then finally in Iowa.



Screenshot of IDROGO-RENGEL S24 Ultra Location History Oct 10 – Oct 15.

22.     A WhatsApp group chat was created on October 8, 2025, by user 'Dios' and IDROGO-RENGEL was added to it. Between the group chat's creation and the time of the device's seizure on October 15, 2025, there were 1816 messages. The group name was 'Mágicos' which ranslates to 'magicians'.



Screenshot of WhatsApp Group Chat Creation

23.    A series of messages in the 'magicians' WhatsApp chat which were sent on October 12, 2025, from Telephone Number 434-232-6620 'danielpollino90' with the content 'Mano necesitamos movernos pasa zelle que yo de mi parte quede sin recursos por hacer coro' and 'Pasen el zell' which translates to 'Dude, we need to move quickly. Send the money via Zelle because I'm out of resources on my end from helping out.' and 'Pass the Zell'.  Zelle is a common money transfer service which allows individuals to send funds between bank accounts by specifying a telephone number. Telephone Number 575-312-5937 with an associated contact name of 'Anneiro Alana' responded with telephone number 720-800-5478 along with the name 'Anneiro Alana'.  This corresponds to ALANA-RENDILES.

24.     On October 14, 2025, user 'L,Z' with Telephone Number 57-302-399-2683 posted in the WhatsApp chat a list of DCCU addresses one of which was the 2045 Holliday Drive, Dubuque, IA location.



From: 573023992683@s.whatsapp.net L,Z😎

Unknown

DuTrac Community Credit Union 337 S Main St, Monticello, IA 52310, Estados Unidos 1161 16th AVE Ct SE, 1161 16th Ave SE, Dyersville, IA 52040, Estados Unidos 2045 Holliday Dr, Dubuque, IA 52002, Estados Unidos 3465 Asbury Rd, Dubuque, IA 52001, Estados Unidos

**Priority:** Normal

**Platform:**

**Priority:** Normal

**Platform:** Mobile

**Label:** Forwarded, Forwarded

10/14/2025 4:15:24 PM(UTC-5)

Screenshot of the List of DCCU Locations in WhatsApp chat

25.     On October 13, 2025, user 'Fe' with Telephone Number 224-363-7400 posted in the WhatsApp chat a list of Bank or Credit Union locations along with their location, links to Google Maps location, and an associated 'ID' number. Additionally, each entry indicated they were 'NCR'. NCR stands for National Cash Register which is a manufacturer or ATMs which

ATM Jackpotting subjects are known to target. Your affiant understands this to be a 'tasking list' provided to direct the subjects where to go and which ATMs to target.

- ID: 9078 ESTADO: NEBRASKA CIUDAD: COLUMBUS RED: ONENEBRASKA FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=11682820205189451017

- ID: 7836 ESTADO: NEBRASKA CIUDAD: BLAIR RED: OMAHA FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=11781400306595365547

- ID: 7833 ESTADO: NEBRASKA CIUDAD: OMAHA RED: METRO CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=6786397206840628705

- ID: 7829 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=7330375002892420577

- ID: 7828 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=15125678519271269218

- ID: 7827 ESTADO: NEBRASKA CIUDAD: OMAHA RED: LIBERTY FIRST CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=11397568262655053106



From: 12243637400@s.whatsapp.net Fé ✋
Pp: ID: 9078 ESTADO: NEBRASKA CIUDAD: COLUMBUS RED: ONENEBRASKA FEDERAL CREDIT
UNION TIPO: NCR MAPA: https://maps.google.com/?cid=11682820205189451017 ID: 7836
ESTADO: NEBRASKA CIUDAD: BLAIR RED: OMAHA FEDERAL CREDIT UNION TIPO: NCR MAPA:
https://maps.google.com/?cid=11781400306595365547 ID: 7833 ESTADO: NEBRASKA CIUDAD:
OMAHA RED: METRO CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?
cid=6786397206840628705 ID: 7829 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE
FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?
cid=7330375002892420577 ID: 7828 ESTADO: NEBRASKA CIUDAD: LINCOLN RED: LINCONE
FEDERAL CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?
cid=15125678519271269218 ID: 7827 ESTADO: NEBRASKA CIUDAD: OMAHA RED: LIBERTY
FIRST CREDIT UNION TIPO: NCR MAPA: https://maps.google.com/?cid=11397568262655053106
Attachments:

26.    The above 'task list' of financial institution names and Google Maps URLs were compiled into the below table. The Google Maps URLs were accessed, and the true street addresses were compiled. The 'ID' number contained in the message was included. The writer is

aware of this 'ID' number is used by the ATM jackpotting conspiracy to track individual ATMs and/or financial institution locations.

| ID Number | Bank / CU Name | Address |
|---|---|---|
| 9078 | ONENEBRASKA FEDERAL CREDIT UNION | 704 23rd St, Columbus, NE 68601 |
| 7836 | Omaha Federal Credit Union | 1409 Washington St, Blair, NE 68008 |
| 7833 | Metro Credit Union | 5025 L St, Omaha, NE 68117 |
| 7829 | LincOne Federal Credit Union | 2500 N St, Lincoln, NE 68510 |
| 7828 | LincOne Federal Credit Union | 4638 W St, Lincoln, NE 68503 |
| 7827 | Liberty First Credit Union | 5011 S 108th St, Omaha, NE 68137 |

27.     Based on my experience with other ATM jackpotting investigations, this 'task list' message is typically generated by 'Vercel' which is a software application used by the overarching ATM jackpotting conspiracy to coordinate the ATM jackpotting scheme.

28.     Regarding the first entry (ID 9078), location data from IDROGO-RENGEL's S24 Ultra shows the device was in the vicinity of the One Nebraska Federal Credit Union located at 704 23rd St, Columbus, NE 68601 between approximately 2300 hours on October 12, 2025, to approximately 0100 hours on October 13, 2025.

29.     The One Nebraska Federal Credit Union (ONFCU) located at 704 23rd St, Columbus, NE 68601 was contacted.  ONFCU reported they had an attempted jackpotting of their ATM located at 704 23rd St, Columbus, NE 68601 which occurred on October 12, 2025, from approximately 2320 hours to approximately midnight.  ONFCU reported this incident to the Columbus Police Department (CPD).  The FBI contacted the CPD Officer who investigated the incident and obtained still photographs and video footage he obtained from ONFCU as well his

account of his investigation. The description of the vehicle used was a dark four-door sedan. ONFCU ATM video shows the dark four-door sedan resembles the Honda Accord. Of particular note is the pinstripe line running from the rear driver's side door to the rear taillight.



ONFCU ATM Video Showing Honda Accord

30.    ONFCU ATM video shows the rear passenger got out of the vehicle and open the ATM hood. The hard drive was removed and then the car departed. The car returned approximately 45 minutes later at which time the hard drive was reinstalled. This activity is consistent with ATM jackpotting. ONFCU, who had previously been the victim of another seemingly unrelated ATM jackpotting incident, had encrypted their ATM hard drives to prevent ATM jackpotting attempts. ATM video footage shows the individual who interacted with the ONFCU ATM. This individual is consistent in appearance with CARDENAS-SAYABEDRA.



ONFCU ATM Video showing CARDENAS-SAYABEDRA

31.     Regarding the second entry (ID 7836), location data from IDROGO-RENGEL's S24 Ultra shows the device was in the vicinity of the Omaha Federal Credit Union located at 1409 Washington St, Blair, NE 68008 between approximately 2335 hours on October 11, 2025, to approximately 2350 hours.

32.     The Omaha Federal Credit Union (OFCU) located at 1409 Washington St, Blair, NE 68008 was contacted.  OFCU was not aware of any ATM jackpotting incident on October 11, 2025.  OFCU's main branch in Omaha, NE was the victim of an ATM jackpotting incident in April 2025.  After this incident they encrypted their ATM hard drives and setup 24/7 alarm monitoring to prevent any future ATM jackpotting incidents.  Given the short period of time in the vicinity indicated by the location data, it is possible no attempt to jackpot the OFCU ATM was made.

33.     Regarding the third entry (ID 7833), location data from IDROGO-RENGEL's S24 Ultra shows the device was in the vicinity of the Metro Federal Credit Union located at 5025 L St,

Omaha, NE 68117 between approximately 2320 hours on October 12, 2025, to approximately 1200 hours.

34.    The Metro Federal Credit Union (MFCU) located at 5025 L St, Omaha, NE 68117 was contacted.  MFCU was unaware of any attempted or successful ATM jackpotting incidents at their L Street location.  MFCU had re-keyed all their ATMs and also have security bars present. MFCU's Security Director indicated he had these physical mitigations installed on MFCU's ATMs after learning of other ATM jackpotting incidents.

35.    Regarding the fourth entry (ID 7833), location data from IDROGO-RENGEL's S24 Ultra shows the device was in the vicinity of the LincOne Federal Credit Union (LOFCU) located at 2500 N St, Lincoln, NE 68510 between approximately 1500 hours on October 12, 2025, to approximately 2130 hours.

36.    One of the other devices, an Apple iPhone associated with CARDENAS-SAYABEDRA, was examined.  This device was identified as utilizing the 224-363-7400 WhatsApp and Telephone number and 'Fe' moniker.  This device was associated with the iCloud account 'michellsayavedra@icloud.com' possibly to obscure the user's true identity.  The user of this device was established as being CARDENAS-SAYABEDRA through the identification of a Facebook Messenger entry on October 13, 2025, showing the 'Device Owner' to be CARDENAS-SAYABEDRA.



37.    In this device a WhatsApp chat connection on October 13, 2025, between CARDENAS-SAYABEDRA and IDROGO-RENGEL was located.  Additionally, location history data placed this device in the vicinity of LincOne Federal Credit Union (LOFCU) located at 4638 W St, Lincoln, NE 68503.  This location corresponds with the fifth entry (ID 7828) in the 'task list' message.  A photograph was located on CARDENAS-SAYABEDRA's iPhone showing an NCR ATM with the message 'Welcome to LINCONE FEDERAL CREDIT UNION ATM'' displayed on the ATM's screen.  Another photograph of the lock of the ATM was located.  These photographs were taken on October 12, 2025, at approximately 1300 hours.  Location tags on these photos place them at the LOFCU located at 4638 W St, Lincoln, NE 68503.



Photo of LOFCU ATM found on CARDENAS-SAYABEDRA iPhone



Photo of LOFCU ATM lock found on CARDENAS-SAYABEDRA iPhone

38.    Regarding the sixth entry (ID 7827), location data from IDROGO-RENGEL's S24 Ultra shows the device was in the vicinity of the Liberty First Credit Union located at 5011 S 108th St, Omaha, NE 68117 around approximately 0100 hours on October 12, 2025 and also from approximately 1100 hours to approximately 1300 hours also on October 12, 2025.

39.     The Liberty First Credit Union (LFCU) located at 5011 S 108th St, Omaha, NE 68117 was contacted.  LFCU's Director of Security informed the FBI they did experience an ATM jackpotting incident on October 12, 2025, during the above indicated approximate timeframe. There was no financial loss due to this incident as they had encrypted the ATM hard drive after learning of other ATM jackpotting incidents.  LFCU did not have any surveillance footage or images from this incident as their camera system had malfunctioned and has since been replaced. LFCU estimates the incident occurred around 0200 hours or 0300 hours on October 12, 2025, as that is when the ATM lost its connection.

40.     The FBI, through the course of various ATM jackpot investigations, has come to learn about the hierarchy and communication methods of foot soldiers conducting the physical ATM jackpotting attacks. The FBI has also come to learn about communications between foot soldiers and leaders identified in this conspiracy to conduct ATM jackpotting operations; leaders who often communicate where to scout and target ATMs, where to send the money, and assist with troubleshooting issues encountered during ATM malware deployment issues or conduct the technical aspects of the malware deployment. The FBI has identified WhatsApp communications from devices and accounts of other ATM jackpotting subjects in which Oso and Magia were group members involved in discussions about the locations of ATMs and other matters concerning ATM jackpotting incidents.

41.     A screenshot of a contact showing 'Magic' (similar to Magia) was located one of the mobile devices seized and searched by DPD.  This device was a TCL mobile device with a username / moniker of 'danielpollino90'.  This device was a participant in the 'Magicians' WhatsApp chat.  As of writing this it is unclear who the device's true user is as it appears steps were taken to conceal the owner/operators true identity.



Screenshot of 'Magic/Magia' located on TCL

42.     A picture showing the three vehicles together at a gas station was also located on the TCL device.  This picture was taken on October 12, 2025, at 10:39:36 PM.  Location data from IDROGO-RENGEL's S24 Ultra shows on October 12, 2025, at 10:39:06 PM the device was at

the Parkview One Stop located at 102 Colfax St, Schuyler, NE 68661. Parkview One Stop is a gas

station. Schuyler, NE is located approximately 15 miles East of the NOFCU in Columbus, NE.



Photo of the vehicles on TCL at Parkview One Stop on 10/12/2025



Map Screenshot showing Parkview One Stop location compared to Columbus, NE

43.     Further review of the WhatsApp chat shows devices and/or identifiers associated with IDROGO-RENGEL, CARDENAS-SAYABEDRA, and ALANA-RENDILES were participants in the chat.  One of the devices, the TCL, was also part of the chat under the moniker 'danielpollino90'.  As mentioned above, as of writing it is unclear the true identity of this device's user.

44.     The FBI examined the HP Laptop recovered from the Toyota Highlander.  A user account under the name 'wcolm' was located.  File metadata indicates this user profile was created on or about October 10, 2025.  In the 'wcolm' Downloads directory, a number of files were located.  Three files named 'dbProme.mp4', 'hy_2025abrilProme.mp4', and 'n_anpro.mp4' were located in the Downloads directory.  Your affiant is aware that .mp4 file extensions generally denote an MPEG-4 video file.  These three .mp4 files failed to play any video and lacked the necessary binary header data.  Further analysis of these files showed them to have an entropy value of approximately 7.9999. This high file entropy combined with the lack of valid .mp4 header data indicate these files may be attempting to 'hide' their true purpose.  Your affiant is aware the three common manufacturers of ATMs are Hyosung, Diebold, and NCR.  These three files all contain references which your affiant believes to correspond to an ATM manufacturer.  Your affiant believes the 'db' in 'dbProme.mp4' may correspond to Diebold, the 'hy' in hy_2025abrilProme.mp4' may correspond to Hyosung, and the 'n' in 'n_anpro.mp4' may correspond to NCR.



Screenshots Showing 'wcolm' User Folder and Downloads Directory Contents

45.     All the files in the Downloads directory had a Zone Identifier attribute of type 3 indicating they were downloaded from Mega. Mega is an encrypted file sharing service.

46.     Additional programs of note were located on the HP Laptop including VMware Workstation and VeraCrypt. VMware Workstation is a program which allows a virtualized computer or computers to be run inside the operating system of its host. VeraCrypt is an encryption tool which, among other things, allows the user to create and use encrypted hard disks or partitions.

47.     The 'pcunlocker.iso' file corresponds to a commercially available software tool named PCUnlocker which advertises the ability to recover lost Windows user account passwords. The 'GHOST32OKWindows10.EXE' file corresponds to Symantec Ghost, a commercially available software Windows backup tool. The 'Release.rar' file was found to be a compressed archive file containing four (4) files named 'Configurador.exe', 'Configurador.exe.config', 'mejor_template.bat', and 'parche_template.bat'. Attempts to analyze these files failed due to the 'Release.rar' having been encrypted or otherwise password protected.

| Name | Size | Packed Size | Modified |
|------|-----:|------------:|----------|
| Configurador.exe | 18 944 | 8 016 | 2024-09-10 01:22 |
| Configurador.exe.config | 564 | 352 | 2024-09-03 21:28 |
| mejor_template.bat | 144 | 144 | 2024-04-20 20:52 |
| parche_template.bat | 4 095 | 800 | 2024-10-28 03:15 |

Files contained in 'Release.rar'

48.     Additionally, the C:\Windows\System32\config\SAM registry hive contained a reference to 'wcolmenarez545@gmail.com'. Based on the preceding writer believes the HP Laptop is associated with COLMENAREZ-HERRERA.

| | |
|---|---|
| Last Written time | 10/10/2025 7:07:54 PM -0500 |
| RID unique identifier | 1001 (0x000003E9) |
| User Name | wcolm |
| Full Name | wilson colmenarez |
| Logon Count | 0 |
| Last Logon Time | N/A |
| Last Password Change Time | 10/10/2025 6:57:06 PM -0500 |
| Expiration Time | Never |
| Invalid Logon count | 0 |
| Last Failed Logon Time | N/A |
| Account Disabled | False |
| Password Required | True |
| Country Code | 0 System Default |
| Has LAN Manager Password | False |
| Has NTLMv2 Password | False |
| Given Name | wilson |
| Surname | colmenarez |
| Windows Live user name | wcolmenarez545@gmail.com |
| Windows Live user ID | b5ac33bb821572b7 |

SAM Registry Screenshot on HP Laptop

49.     Based on the surveillance images provided from financial institutions and law enforcement agencies above, the reports and accounts of multiple law enforcement agencies, and the contents of the seized electronic devices, I have reason to believe CESAR ANTONIO

IDROGO-RENGEL (Date of Birth in January 1995), ANNEIRO J. ALANA-RENDILES (Date of Birth in May 1991), WINDER M. CARDENAS-SAYABEDRA (Date of Birth in September 1993), and were involved in and conspired with WILSON E. COLMENAREZ-HERRERA (Date of Birth in August 2002) in the attempted ONFCU ATM jackpotting, and the DCCU ATM jackpotting attempt between at least October 12, 2025 and October 15, 2025.

50.     CESAR ANTONIO IDROGO-RENGEL, ANNEIRO J. ALANA-RENDILES, and WINDER M. CARDENAS-SAYABEDRA are currently in law enforcement custody in Dubuque, Iowa.     COLMENAREZ-HERRERA posted $10,000 bond and is out on pre-trial release. COLMENAREZ-HERRERA's location is unknown at this time.

51.     Based on the foregoing, your affiant submits that there is probable cause to believe that CESAR ANTONIO IDROGO-RENGEL, ANNEIRO J. ALANA-RENDILES, WINDER M. CARDENAS-SAYABEDRA, and WILSON E. COLMENAREZ-HERRERA committed a violation of Title 18, United States Code, Section 371 (Conspiracy to Commit Bank Burglary).

Dean Neubauer – Special Agent -
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date:  January 9, 2026

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge